# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation for Supervised Release**) |
| v. | Case Number: 13-cr-00464-WJM-01 |
| | USM Number: 72332-065 |
| DANIEL TODD PLAMONDON | Edward R. Harris, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Report to the Probation Officer as Directed | 11/13/13 |
| 2 | Failure to Notify Probation Officer of Change in Residence | 11/05/13 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

June 29, 2015
Date of Imposition of Judgment

Signature of Judge

William J. Martinez, U.S. District Judge
Name & Title of Judge

1 July 2015
Date

DEFENDANT:  DANIEL TODD PLAMONDON
CASE NUMBER:  13-cr-00464-WJM-01                                                                         Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 3 | Leaving the Jurisdiction Without Permission | 11/05/13 |
| 4 | Violation of the Law | 08/29/13 |
| 5 | Violation of the Law | 09/05/13 |

DEFENDANT:  DANIEL TODD PLAMONDON  
CASE NUMBER:  13-cr-00464-WJM-01                                              Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 12 months and 1 day.  No supervision to follow term of imprisonment.

The Court recommends that the Bureau of Prisons credit the defendant with time served in official detention prior to sentencing.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By_____  
Deputy United States Marshal